Michael J. Gomez (State Bar No. 251571)
 mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
 gwarrington@frandzel.com
Kristina Ross (State Bar No. 325440)
 kross@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000; Fax: (323) 651-2577

Attorneys for Defendant in Interpleader
PRODUCERS LIVESTOCK
MARKETING ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, | Case No.: 5:25-cv-00550-SP |
| Plaintiff, | **STIPULATED JUDGMENT IN INTERPLEADER** |
| v. | |
| EUCLID STOCKYARDS, INC., a California corporation; PRODUCERS LIVESTOCK MARKETING ASSOCIATION, a Utah corporation; J2 MARKETING, LLC, an Arizona limited liability company; BRADSHAW LIVESTOCK, LLC, a Utah limited liability company; EZ COW SALES LLC, a California limited liability company; JDAWS FARM, LLC, an Idaho limited liability company; and O & S CATTLE COMPANY, a Minnesota corporation, | |
| Defendants. | |

5559927v1 | 101179-0006

1

STIPULATED JUDGMENT IN INTERPLEADER

4915-6470-2573.v1

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

The Court has reviewed the First Amended Stipulation for Entry of Interpleader Judgment between Plaintiff in Interpleader Great American Insurance Company, an Ohio corporation ("Plaintiff"), Defendant Producers Livestock Marketing Association, a Utah corporation ("Producers"), Defendant JDAWS Livestock, LLC, erroneously sued as "JDAWS Farm, LLC" ("JDAWS"), Defendant Bradshaw Livestock, LLC ("Bradshaw"), Defendant EZ Cow Sales, LLC ("EZ Cow"), and Defendant J2 Marketing, LLC ("J2" and collectively with Producers, JDAWS, Bradshaw and EZ Cow, the "Defendants" and collectively with Plaintiff, the "Parties") ("Stipulation"). Based upon the Stipulation and for good cause shown, and pursuant to Federal Rule of Civil Procedure 54 and Federal Rule of Civil Procedure 55(c),

JUDGMENT IS HEREBY AWARDED AND SHALL BE ENTERED AS FOLLOWS:

1.    The Court has personal and subject matter jurisdiction over this matter.

2.    The Clerk of the Court shall disburse the Interpleaded Fund deposited by Plaintiff on May 6, 2025 in the following amounts to the following payees:

a.  **TO PRODUCERS :**

$397,217.64 plus 84.5372% of the accrued interest payable to "Producers Livestock Marketing Association" and mailed to:

Michael J. Gomez
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427

b.  **TO JDAWS :**

$34,909.70 plus 14.5938% of the accrued interest payable to "JDAWS Livestock, LLC" and mailed to:

David Goodrich
GOLDEN GOODRICH LLP
3070 Bristol St suite 640
Costa Mesa, CA 92626

**c. TO BRADSHAW:**

$4,083.05 plus 0.8690% of the accrued interest payable to "Bradshaw Livestock, LLC" and mailed to:

David Goodrich
GOLDEN GOODRICH LLP
3070 Bristol St suite 640
Costa Mesa, CA 92626

**d. TO EZ COW LLC:**

$4,408.91 plus 0% of the accrued interest payable to "EZ Cow Sales LLC"

and mailed to:

Erik Brown
EZ Cow Sales LLC
515 Drake Dr.
Shafter, CA  93263-9638

**e. TO J2 MARKETING LLC:**

$9,380.69 plus 0% of the accrued interest payable to "J2 Marketing LLC" and mailed to:

Marvin P. Roberts
J2 Marketing LLC
3330 N Dobson Road Suite 1
Chandler AZ 85224

**f. Euclid Stockyards, Inc. and O & S Cattle Company**

Defaulted defendants Euclid Stockyards and O & S Cattle Company will

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

recover nothing from the interpleaded fund.

3. Plaintiff Great American Insurance Company is hereby discharged, released, and exonerated from all further liability under its Bond Required of Livestock Marketing Agencies, Dealers and Packers No. 3633326 attached as Exhibit "A" to the Complaint on file herein (Dkt 1).

4. Except to the extent that costs and attorney fees are included in the amounts to be disbursed to the Parties from the Interpleaded Fund as described above, the Parties shall bear their own attorney's fees and costs to date in this action.

5. Default Judgment is granted as to defendants Euclid Stockyard, Inc. and O & S Cattle company as set forth in the court's contemporaneously filed Memorandum and Order Granting Plaintiff's Motion for Default Judgment.

DATE: February 13, 2026

_____
Sheri Pym
United States Magistrate Judge

cc: FISCAL

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5559927v1 | 101179-0006

4

STIPULATED JUDGMENT IN INTERPLEADER